**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>GEORGE LAVELL FROST,<br><br>      Defendant/Judgment Debtor,<br><br>   and<br><br>CONTACT SKILLS INC.,<br><br>               Garnishee. | NO. 2:18-MC-00060-RSL<br><br>(2:01-CR-00325-TSZ-1)<br><br>**Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Contact Skills Inc., has been duly issued and served upon the Garnishee. Pursuant to the Writ, Contact Skills Inc. filed its Form Answer on November 16, 2018, stating that at the time of the service of the Writ, Defendant/Judgment Debtor George Lavell Frost's (Mr. Frost) spouse, Liny Dannis (Ms. Dannis), was an active employee who was paid bi-weekly.

//

//

CONTINUING GARNISHMENT ORDER
(*USA v. George Lavell Frost & Contact Skills Inc.*, Court Nos. 2:18-MC-00060-RSL & 2:01-CR-00325-TSZ-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about June 12, 2018, the Defendant/Judgment Debtor and his spouse have not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Contact Skills Inc., shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Ms. Dannis, upon each period of time when Ms. Dannis is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Frost's debt is paid in full; or until Ms. Dannis is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to Ms. Dannis or the Defendant/Judgment Debtor; or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payment(s) shall be applied to Defendant/Judgment Debtor Frost's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:01-CR-00325-TSZ-1 and 2:18-MC-00060-RSL, and to deliver such payment either personally or by First Class Mail to:

**CONTINUING GARNISHMENT ORDER**
(***USA v. George Lavell Frost & Contact Skills Inc.*, Court Nos. 2:18-MC-00060-RSL & 2:01-CR-00325-TSZ-1) - 2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

Dated this 5th day of April, 2019.

*[signature: MM S Lasnik]*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHMENT ORDER**
**(*USA v. George Lavell Frost & Contact Skills Inc.,* Court Nos. 2:18-MC-00060-RSL & 2:01-CR-00325-TSZ-1) - 3**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**